| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 1:21CR20357 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Florida | DIVISION Miami |
|---|---|---|
| Bobby Brown | NAME OF SENTENCING JUDGE The Honorable K. Michael Moore | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/6/2024 — TO 9/5/2027 |

**OFFENSE**
Conspiracy to possess firearms in furtherance of violent and drug trafficking, in violation of Title 18 U.S.C. § 924(o).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Brown has no plans to return to the Southern District of Florida as all his family members reside in Memphis, Tennessee.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Southern_ DISTRICT OF _Florida_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Western District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10/01/25_  
Date

_/s/ K. M. Moore_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Western_ DISTRICT OF _Tennessee_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10/3/2025_  
Effective Date

_s/ Sheryl H. Lipman_  
United States District Judge

1