Case 1:21-cr-20357-KMW Document 11 Entered on FLSD Docket 06/25/2021 Page 1 of 9
Case 2:25-cr-20756-SJM Document 1-2 Filed 10/06/25 Page 2 of 9

Jun 24, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20357-CR-MOORE/LOUIS**

CASE NO. _____

18 U.S.C. § 924(o)
18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 924(1)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

v.

**LONTRELL D. WILLIAMS,
BOBBY BROWN, and
JAYDEN DAROSA**

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess Firearms in Furtherance of Violent Crime**
**18 U.S.C. § 924(o)**

From on or about October 6, 2020, through on or about October 10, 2020, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**LONTRELL D. WILLIAMS,
BOBBY BROWN, and
JAYDEN DAROSA,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to use, carry, and possess firearms in furtherance of crimes of violence, that is, a violation of Title 18, United States Code, Section 1951(a), for interference with commerce by robbery, as set forth in Count 3 of this Indictment, which is an offense for which the defendants

may be prosecuted in a court of the United States, and to possess firearms in furtherance of such crimes, in violation of Title 18, United States Code, Section 924(c)(1)(A), all in violation of Title 18, United States Code, Section 924(o).

It is further alleged that the conspiracy involved the following firearms:

a. One (1) 9mm semi-automatic pistol; and

b. One (1) 7.62mm semi-automatic pistol.

## COUNT 2
## Hobbs Act Robbery Conspiracy
## 18 U.S.C. § 1951(a)

From on or about October 6, 2020, through on or about October 10, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere the defendants,

**LONTRELL D. WILLIAMS,**
**BOBBY BROWN, and**
**JAYDEN DAROSA,**

did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did plan to take United States currency and other property from persons engaged in interstate and foreign commerce, namely persons employed by businesses and companies operating in interstate commerce and foreign commerce, and persons engaged in illegal interstate and foreign commerce, namely, unlawful sale of narcotics, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Section 1951(a).

2

## COUNT 3
## Hobbs Act Robbery
## 18 U.S.C. § 1951(a)

On or about October 9, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LONTRELL D. WILLIAMS,
BOBBY BROWN, and
JAYDEN DAROSA,**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did take property from persons and in the presence of persons employed by businesses and companies operating in interstate and foreign commerce, and persons engaged in interstate and foreign commerce, namely, unlawful sale of narcotics, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to said persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 4
## Discharging a Firearm in Furtherance of a Crime of Violence
## 18 U.S.C. § 924(c)(1)(A)(iii)

On or about October 9, 2020, in Miami-Dade County, in the Southern District of Florida, the defendants,

**LONTRELL D. WILLIAMS,
BOBBY BROWN, and
JAYDEN DAROSA,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, in violation of Title 18, United

3

States Code, Section 1951(a), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **LONTRELL WILLIAMS, BOBBY BROWN, and JAYDEN DAROSA**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 924, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon conviction of a violation of Title 18, United States Code, Section 1951, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____ for:
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
ARIELLE F. KLEPACH
ASSISTANT UNITED STATES ATTORNEY

_____ for
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

5

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | |
| LONTRELL D. WILLIAMS, BOBBY BROWN, and JAYDEN DAROSA, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants/ | **Superseding Case Information:** |

**Court Division:** (Select One)   New defendant(s) ☐ Yes ☐ No
☑ Miami ☐ Key West ☐ FTL   Number of new defendants _____
☐ WPB ☐ FTP   Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take **7** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)
   I    0 to 5 days      ☐    Petty       ☐
   II   6 to 10 days     ☑    Minor       ☐
   III  11 to 20 days    ☐    Misdemeanor ☐
   IV   21 to 60 days    ☐    Felony      ☑
   V    61 days and over ☐

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-mj-03110-AOR**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **Brown: 6/15/21**
   Defendant(s) in state custody as of **Williams: 6/8/21 Darosa: 4/7/21**
   Rule 20 from the District of **Western District of Tennessee (Brown)**
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Arielle Klepach
Assistant United States Attorney
Court ID No.   A5502706

*Penalty Sheet(s) attached                                              REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: LONTRELL WILLIAMS

Case No: _____

Count #: 1
Conspiracy to Possess Firearms in Furtherance of Violent Crime
Title 18, United States Code, Section 924(o)
*Max. Penalty: 20 Years' Imprisonment

Count #: 2
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Section 1951(a)
*Max. Penalty: 20 Years' Imprisonment

Count #: 3
Hobbs Act Robbery
Title 18, United States Code, Section 1951(a)
*Max. Penalty: 20 Years' Imprisonment

Count #: 4
Discharging a Firearm in Furtherance of a Crime of Violence
Title 18, United States Code, Section 924(c)(1)(A)(iii)
*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** BOBBY BROWN

**Case No:** _____

Count #: 1
Conspiracy to Possess Firearms in Furtherance of Violent Crime
Title 18, United States Code, Section 924(o)
**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 2
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Section 1951(a)
**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 3
Hobbs Act Robbery
Title 18, United States Code, Section 1951(a)
**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 4
Discharging a Firearm in Furtherance of a Crime of Violence
Title 18, United States Code, Section 924(c)(1)(A)(iii)
**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JAYDEN DAROSA

**Case No:** _____

Count #: 1
Conspiracy to Possess Firearms in Furtherance of Violent Crime
Title 18, United States Code, Section 924(o)
*Max. Penalty: 20 Years' Imprisonment

Count #: 2
Conspiracy to Commit Hobbs Act Robbery
Title 18, United States Code, Section 1951(a)
*Max. Penalty: 20 Years' Imprisonment

Count #: 3
Hobbs Act Robbery
Title 18, United States Code, Section 1951(a)
*Max. Penalty: 20 Years' Imprisonment

Count #: 4
Discharging a Firearm in Furtherance of a Crime of Violence
Title 18, United States Code, Section 924(c)(1)(A)(iii)
*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.